■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BAXTRON, Appellant. [778 NYS2d 350]—

Appeal from a judgment of the Onondaga County Court (William D. Walsh, J.), rendered January 17, 2003. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]). Defendant failed to preserve for our review his contention concerning the alleged factual insufficiency of the plea allocution (*see People v Brown*, 305 AD2d 1068, 1068-1069 [2003], *lv denied* 100 NY2d 579 [2003]; *see also People v Lopez*, 71 NY2d 662, 665 [1988]). In any event, contrary to the contention of defendant, there is no requirement that he recite the underlying facts during the plea colloquy (*see Brown*, 305 AD2d at 1069). County Court did not abuse its discretion in refusing to allow defendant to withdraw his plea on other grounds at sentencing (*see* CPL 220.60 [3]; *People v Muccigrosso*, 269 AD2d 754 [2000], *lv denied* 95 NY2d 800 [2000]; *People v Peavy*, 225 AD2d 1082, 1083 [1996], *lv denied* 88 NY2d 883 [1996]). Present—Green, J.P., Pine, Scudder, Martoche and Hayes, JJ.